United States Bankruptcy Court
Central District of California

In re:  
Nelson Yen  
    Debtor

Case No. 21-11422-ES  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Jun 22, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nelson Yen, 4855 Hannah Circle, Yorba Linda, CA 92886-4597 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elliott H Stone | on behalf of Interested Party Party Interested ehstone@stonellp.com ecf@stonellp.com |
| Elliott H Stone | on behalf of Interested Party GRYPHON MOBILE ELECTRONICS LLC ehstone@stonellp.com ecf@stonellp.com |
| Gerrick Warrington | on behalf of Creditor Cathay Bank gwarrington@frandzel.com sking@frandzel.com |
| Gerrick Warrington | on behalf of Interested Party Party Interested gwarrington@frandzel.com sking@frandzel.com |
| Jeffrey I Golden (TR) | lwerner@wgllp.com jig@trustesolutions.net;kadele@wgllp.com |
| Jonathan J. Lo | on behalf of Debtor Nelson Yen bankruptcy@lolollp.com jonathan@lolollp.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2021 | Form ID: pdf042 | Total Noticed: 1

Michael J Gomez
    on behalf of Creditor Cathay Bank mgomez@frandzel.com dmoore@frandzel.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

Michael J. Gomez (State Bar No. 251571)
   mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
   gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor CATHAY BANK

**FILED & ENTERED**

**JUN 22 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-11422-ES |
| Nelson Yen, | Chapter 7 |
|         Debtor. | **ORDER GRANTING CATHAY BANK'S NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING EXAMINATION OF THIRD PARTY CAROL KO BY SUBPOENA FOR ORAL DEPOSITION AND REQUIRING PRODUCTION OF DOCUMENTS** |
| | [Fed. R. Bankr. P. 2004; LBR 2004-1 and 9013-1(p)(3)] |
| | **Production Deadline:**<br>Date:    July 19, 2021<br>Time:   10:00 a.m.<br>Place:   Frandzel Robins Bloom & Csato, L.C.<br>          1000 Wilshire Boulevard<br>          Nineteenth Floor<br>          Los Angeles, CA 90017 |
| | **Oral Deposition (Beginning):**<br>Date:    July 26, 2021<br>Time:   10:00 a.m.<br>Place:   Frandzel Robins Bloom & Csato, L.C.<br>          1000 Wilshire Boulevard<br>          Nineteenth Floor<br>          Los Angeles, CA 90017<br><br>          or via Zoom (link to be provided) |

The Court has reviewed the Notice of Motion and Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Examination of Third Party Carol Ko ("Ms. Ko") by Subpoena for Oral Deposition and Requiring Production of Documents ("Motion") filed by Cathay Bank ("Bank"), along with the Memorandum of Points and Authorities and Declaration of Gerrick M. Warrington filed in the instant bankruptcy case of Nelson Yen. Based upon the Motion and accompanying documents and the record as a whole,

IT IS ORDERED AS FOLLOWS:

1. The Motion is GRANTED.

2. The form of the Subpoena ("Subpoena") attached as Exhibit 1 to the Motion is APPROVED.

3. The Bank is hereby authorized to issue the Subpoena and to serve it upon the examinee, Ms. Ko, thereby requiring her to produce the documents identified therein and to submit to oral deposition, which document production and oral deposition may occur no earlier than at least 21 days after service of such Subpoena upon Ms. Ko.

###

Date: June 22, 2021

Erithe Smith
United States Bankruptcy Judge

ORDER GRANTING RULE 2004 EXAM MOTION